JS6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE THOMPSON,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DR. REES,<br><br>　　　　　　　　　Defendant. | CV 11-6359 PA (FFM)<br><br>[~~PROPOSED~~] ORDER |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(ii), and pursuant to the stipulation of the parties, this action is dismissed with prejudice. Each party is to bear his or her own costs, fees, and expenses of any type, including attorney's fees. There is no prevailing party in this action. The mediator shall maintain jurisdiction to enforce the terms of the settlement agreement.

**IT IS SO ORDERED.**

Dated: 3/21/13

_____
The Honorable Percy Anderson
United States District Court Judge